# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED 05 APR 26 AM 11:3

ROBERT R. DI TRIO
CLERK, U.S. DIST.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
Plaintiff,

VS.

Case Number: 2:01CR20163-B

LISA STEWART
Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Lisa Stewart, was represented by Bruce Griffey, Esq.

It appearing that the defendant, who was convicted on April 3, 2002 in the above styled cause and was placed on Supervised Release for a period of three (3) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of eight (8) months.

FURTHERMORE, no further term of Supervised Release will follow said period of incarceration.

The defendant is allowed to remain released on present bond.

Signed this the 26th day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 6/20/1977
U.S. Marshal No.: 17860-076
Defendant's Mailing Address: 2617 Old Brownsville Road, Ripley, TN 38063

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 100 in case 2:01-CR-20163 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT